Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **15−53061−pjs**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Danielle Lisa Armstrong
   26647 Kenneth Ct.
   Redford, MI 48239

Social Security No.:
   xxx−xx−3459

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case Re: Failure to Make Payments** was entered on **6/18/19** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 6/18/19

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

District/off: 0645-2    User: jkwia           Page 1 of 2            Date Rcvd: Jun 18, 2019
                        Form ID: ntcdsm       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
```
db            +Danielle Lisa Armstrong,    26647 Kenneth Ct.,    Redford, MI 48239-1922
23735715      +AMCOL Systems Inc.,    Attn: Bankruptcy Dept.,    PO Box 21625,    Columbia, SC 29221-1625
24079271       ASG,   PO Box 37179,    Hartford, CT 06103
23752108      +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
               Arlington, TX 76096-3853
23735720     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Continental Finance,     Attn: Bankruptcy Dept.,
               121 Continental Drive, Suite 108,    Newark, DE 19713)
23735721      +Credit Acceptance Corporation,    Attn: Bankruptcy Dept.,     25505 W. 12 Mile Rd., Suite 3000,
               Southfield, MI 48034-8331
23892633      +Jeffrey Katz,   25528 Sherwood Drive,    Huntington Woods, MI 48070-1752
23770205      +Joseph Dallo,   c/o Yuliy Osipov,    20700 Civic Centr Dr., Ste. 420,
               Southfield, MI 48076-4140
23735727      +People Driven Credit Union,    Attn: Bankruptcy Dept.,    24333 Lahser Rd.,
               Southfield, MI 48033-6041
23735728      +Providence Hospital,    Attn: Bankrutpcy Dept,    16001 W. 9 Mile Rd.,
               Southfield, MI 48075-4803
23735729      +Roosen, Varchetti & Olivier, PLLC,    Attn: Bankruptcy Dept.,     PO Box 2305,
               Mount Clemens, MI 48046-2305
23735731      +St. John Hospital & Medical Center,    Attn: Bankruptcy Dept.,     PO Box 674452,
               Detroit, MI 48267-4452
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23848668      +EDI: AFNIRECOVERY.COM Jun 19 2019 03:58:00      Afni, Inc,   PO Box 3667,
               Bloomington, IL 61702-3667
23735716       E-mail/Text: BH_Bankruptcy@beaumont.org Jun 19 2019 00:16:04       Beaumont Health Systems,
               Attn: Bankruptcy Dept.,    750 Stephenson Highway,    P.O. Box 5042,   Troy, MI 48007
23735718       EDI: COMCASTCBLCENT Jun 19 2019 03:58:00      Comcast Cable,    Attn: Bankruptcy Dept.,
               PO Box 3006,   Southeastern, PA 19398
23757205      +E-mail/Text: bankruptcy_notices@cmsenergy.com Jun 19 2019 00:17:32       CONSUMERS ENERGY COMPANY,
               Attn: Legal Department,    One Energy Plaza,    Jackson, MI 49201-2357
23735717      +EDI: CAPITALONE.COM Jun 19 2019 03:58:00      Capital One Bank,    Attn: Bankruptcy Dept.,
               PO Box 30281,    Salt Lake City, UT 84130-0281
23818947       EDI: CAPITALONE.COM Jun 19 2019 03:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
23735719      +E-mail/Text: bankruptcy_notices@cmsenergy.com Jun 19 2019 00:17:32       Consumers Energy,
               Attn: Bankruptcy Dept.,    4600 Coolidge Hwy.,    Royal Oak, MI 48073-1642
23735722      +EDI: DCI.COM Jun 19 2019 03:58:00      Diversified Consultants, Inc.,    Attn: Banruptcy Dept.,
               PO Box 551268,    Jacksonville, FL 32255-1268
23735723      +EDI: AMINFOFP.COM Jun 19 2019 03:58:00      First Premier Bank,    Attn: Bankruptcy Dept.,
               601 S Minnesota Ave.,    Sioux Falls, SD 57104-4868
23735724      +EDI: PHINAMERI.COM Jun 19 2019 03:58:00      GM Financial,
               AmeriCredit Financial Services, Inc.,    P.O. Box 183853,    Arlington, TX 76096-3853
23735725      +EDI: CBS7AVE Jun 19 2019 03:58:00      Home At Five,    Attn: Bankruptcy Dept.,
               1515 S. 21st St.,    Clinton, IA 52732-6676
24589024      +EDI: PRA.COM Jun 19 2019 03:58:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
23901757      +EDI: JEFFERSONCAP.COM Jun 19 2019 03:58:00      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
23735730       EDI: NEXTEL.COM Jun 19 2019 03:58:00      Sprint Nextel,    Attn: Bankruptcy Dept.,
               P.O. Box 7949,    Overland Park, KS 66207-0949
23735733      +E-mail/Text: bankruptcydepartment@tsico.com Jun 19 2019 00:18:15       Transworld Systems Inc.,
               Attn: Bankruptcy Dept.,    507 Prudential Road,    Horsham, PA 19044-2308
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
23735726     ##+Joseph Dallo,   6737 Stonebridge Ct.,    West Bloomfield, MI 48322-3268
23735732     ##+Stellar Recovery, Inc.,    Attn: Bankruptcy Dept.,    1327 US Highway 2, W., Suite 100,
               Kalispell, MT 59901-3413
23735734     ##+Van Ru Credit Corporation,    Attn: Bankruptcy Dept.,    1350 E Touhy Ave, Ste 300E,
               Des Plaines, IL 60018-3342
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
              Brian Philip Dunne    on behalf of Debtor Danielle Lisa Armstrong edmi@arddun.com
              Krispen S. Carroll    notice@det13ksc.com, ecfinfo@det13ksc.com
              Yuliy  Osipov    on behalf of Creditor Joseph  Dallo yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 3